UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ROTIMI ODOLE,

              Plaintiff,

v.                                            Case No. 16-cv-118-pp

GREG SANTARELLI, *et al.*,

              Defendants.

---

## ORDER DISMISSING THE PLAINTIFF'S CASE
## WITH PREJUDICE FOR LACK OF DILIGENT PROSECUTION

---

On June 30, 2017, the court issued an order to show cause why the court should not dismiss the plaintiff's case for his failure to respond to the defendants' motion for summary judgment. Dkt. No. 66. The plaintiff did not respond by the deadline the court set, and has not otherwise communicated with the court. On July 10, 2017, the show cause order came back to the court in the mail as "undeliverable." Dkt. No. 67. The court already had warned the plaintiff that it was his responsibility to notify the court of any changes in address, and that his failure to do so could result in dismissal of the case. Dkt. No. 11 at 9. The court will dismiss this case with prejudice for lack of diligent prosecution. See Fed. R. Civ. P 41(c).

The court **DISMISES WITH PREJUDICE** the plaintiff's case, and will enter judgment accordingly.

Dated in Milwaukee, Wisconsin, this 14th day of August, 2017.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**United States District Judge**